rules (*see*, 22 NYCRR 806.9) regulating the conduct of suspended attorneys.

FOURTH DEPARTMENT, DECEMBER, 2001

(December 21, 2001)

■ MICHAEL SAID, Individually and as Parent and Natural Guardian of MARK SAID, Respondent-Appellant, v GABRIEL A. ASSAAD et al., Appellants-Respondents, et al., Defendants. (Appeal No. 1.) [734 NYS2d 524] —Appeals and cross appeal unanimously dismissed without costs (*see*, CPLR 5501 [a] [1], [2]). (Appeals from Order of Supreme Court, Onondaga County, Major, J.—New Trial.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

■ MICHAEL SAID, Individually and as Parent and Natural Guardian of MARK SAID, Appellant, v GABRIEL A. ASSAAD et al., Defendants, and WESTERN PRODUCTS, INC., a Division of DOUGLAS DYNAMICS, INC., et al., Respondents. (Appeal No. 2.) [736 NYS2d 285] —Order reversed on the law without costs (*see, Said v Assaad* [appeal No. 3], 289 AD2d 924 [decided herewith]).

All concur except Hayes, J., who dissents in part in the same dissenting Memorandum as in *Said v Assaad* ([appeal No. 3] 289 AD2d 924, 930 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Joint and Several Liability.) Present—Pigott, Jr., P. J., Hayes, Wisner, Kehoe and Burns, JJ.

■ MICHAEL SAID, Individually and as Parent and Natural Guardian of MARK SAID, Respondent-Appellant, v GABRIEL A. ASSAAD et al., Appellants-Respondents, and WESTERN PRODUCTS, INC., a Division of DOUGLAS DYNAMICS, INC., et al., Respondents-Appellants, et al., Defendants. (Appeal No. 3.) [735 NYS2d 265] —Order and judgment reversed on the law without costs, order dated March 4, 1997 vacated, motion by defendants Gabriel A. Assaad and Momdouh A. Assaad granted and new trial granted in accordance with the following Memorandum: Plaintiff, individually and on behalf of his infant son, commenced this action seeking damages for serious injuries sustained by his son when the vehicle in which his son was riding collided with a pickup truck equipped with a snowplow attachment. Plaintiff sued Gabriel A. Assaad and Momdouh A. Assaad (Assaad defendants), the driver and owner of the vehicle in which plaintiff's son was a passenger; Genesee Valley